THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SARO MUGAVARO, Appellant.

Argued May 24, 1938; decided July 7, 1938.

*Caesar B. F. Barra* and *Ralph J. Barra* for appellant.

*Thomas E. Dewey, District Attorney (Felix C. Benvenga* and *Arnold Bauman* of counsel), for respondent.

Judgment against Mugavaro reversed and the indictment dismissed on the ground the evidence is insufficient to justify the jury to find him guilty beyond a reasonable doubt. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.